UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marion Roberts
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

47th Precinct N.Y.P.D
(NEW YORK Police Department)
John Doe "OFFICER-1"
John Doe "OFFicer-2"

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

17 CV 8561

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Marion Roberts
ID # 73400-054
Current Institution  MCC Metropolitan Correctional Center
Address  150 Park Row NY, NY 10007

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  OFFicer-1 "John Doe"    Shield # _____
Where Currently Employed  47th Precinct N.Y.P.D
Address  E. 230 St. 4111 Laconia Ave  10466

*Rev. 05/2010*                                1

Defendant No. 2     Name  "OFFICER-2" John Doe _____ Shield # _____
                    Where Currently Employed 47th Precinct N.Y.P.D
                    Address  E. 230 Street, 4111 Laconia Ave 10466

Defendant No. 3     Name _____ Shield # _____
                    Where Currently Employed _____
                    Address _____

Defendant No. 4     Name _____ Shield # _____
                    Where Currently Employed _____
                    Address _____

Defendant No. 5     Name _____ Shield # _____
                    Where Currently Employed _____
                    Address _____

II.     **Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    _____

B.  Where in the institution did the events giving rise to your claim(s) occur?
    _____

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    About 12pm November 18, 2015

D. **Facts:**

**What happened to you?**
I was Detained Against my own free will And Falsely accused of a crime I did not commit. 14th Amendment Violation, and 4th Amendment violation

**Who did what?**
Officer 1 (John Doe) Jumped out of vehicle with his gun drawn And told me to lay on the ground. Officer 2 (John Doe) Assisted in this unlawful arrest by frisking me and securing my hands in restraints (Handcuffs)

**Was anyone else involved?**
I was the only victim

**Who else saw what happened?**
Nobody

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional Distress, Hardship by taking me away from my family, Defamed my public image, caused mental Breakdown

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I was not incarcerated at time of arrest.

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, I informed the Police Officers and Judge that I was innocent

when and how, and their response, if any: Count 2" of First Complaint was dismissed, Count 1 in Later indictment was dismissed as well

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. 

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). monetary relief for each day of confinement, Compensatory relief, and injunctive relief Amount in totality $250,000

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Marlon Roberts

Defendants  47TH Precinct (N.Y.P.D)

2. Court (if federal court, name the district; if state court, name the county)  State N.Y. Bronx

3. Docket or Index number  N/A

4. Name of Judge assigned to your case  N/A

5. Approximate date of filing lawsuit  _____

6. Is the case still pending?  Yes ____  No ✓

    If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  _____

**On other claims**

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____   No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

2. Court (if federal court, name the district; if state court, name the county)  _____

3. Docket or Index number  _____

4. Name of Judge assigned to your case  _____

5. Approximate date of filing lawsuit  _____

6. Is the case still pending?  Yes ____  No ____

    If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of October, 2017.

Signature of Plaintiff   Marlon Roberts
Inmate Number           73400-054
Institution Address     MCC
                        150 Park Row
                        NY, NY 10007

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 30 day of October, 2017 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Marlon Roberts

Marion Roberts # 19460-054
M.C.C
150 Park Row
NY, NY 10007

Southern District Court Clerk
United States District Court
United States CourtHouse
500 Pearl Street
New York, New York 10007

CIVIL DKT
MG

